UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 15 |
| WIRECARD AG, | Case No. 21-10936 (ELF) |
| Debtor in a Foreign Proceeding | |

**ORDER SCHEDULING EXPEDITED HEARING ON EMERGENCY MOTION
OF DR. MICHAEL JAFFE, AS INSOLVENCY ADMINISTRATOR OVER THE ASSETS
OF WIRECARD AG, FOR PROVISIONAL INJUNCTIVE RELIEF**

AND NOW, this _____ day of April, 2021, upon consideration of the application (the "Application") of Dr. Michael Jaffe (the "Petitioner"), as insolvency administrator over the assets of Wirecard AG, for an order scheduling an expedited hearing on the Petitioner's emergency motion for provisional injunctive relief (the "Motion"), and good cause appearing for the relief requested in the Application, and notice having been due and proper under the circumstances, and there having been no opposition by the Office of the United States Trustee to the relief requested in the Application, it is hereby

ORDERED, pursuant to 11 U.S.C. §105(a) and Local Bankruptcy Rule 5070-1, that the Application be and hereby is granted; and it is further

ORDERED, in accordance with the foregoing, that a hearing to consider the relief requested in the Motion be and hereby is scheduled on April ____, 2021 at _____.m; and it is further

ORDERED, that counsel for the Petitioner shall serve a copy of this Order, together with the Motion, on all known U.S. creditors and parties in interest, including counsel for the Securities Plaintiffs (as defined in the Application), and the Office of the United States Trustee within one business day of the entry hereof and shall file proof of service with the Court thereafter.

_____
ERIC L. FRANK,
UNITED STATES BANKRUPTCY JUDGE