UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 15 |
| WIRECARD AG, | Case No. 21-10936 (ELF) |
| Debtor in a Foreign Proceeding | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2021, he caused a true and correct copy of (1) the Application of Dr. Michael Jaffe, as insolvency administrator over the assets of Wirecard AG, an Order Scheduling Expedited Hearing Pursuant to Local Bankruptcy Rule 5070-1 on Petitioner's Emergency Motion for Provisional Injunctive Relief and (2) the Emergency Motion via electronic mail upon the following:

| | |
|---|---|
| Jacob A. Goldberg, Esquire<br>(counsel for Carol A. Brown, individually and on behalf of all others similarly situated)<br>The Rosen Law Firm<br>101 Greenwood Avenue, Suite 440<br>Jenkintown, PA 19046<br>jgoldberg@rosenlegal.com | Reed Kathrein, Esquire<br>(counsel for Mark DalPoggetto, individually and behalf of others similarly situated)<br>Hagens berman Sobol Shapiro LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, CA 94701<br>reed@hbsslaw.com |
| Jeffrey L. Kodroff, Esqure<br>(counsel for Lawrence Gallagher)<br>Spector Roseman & Kodroff PC<br>2001 Market Street<br>Suite 3420<br>Philadelphia, PA 19103<br>lkodroff@srkattorneys.com | Frederic J. Baker<br>John Schanne<br>United States Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106-2912 |

/s/ Jeffrey Kurtzman
JEFFREY KURTZMAN, ESQUIRE