**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **WIRECARD AG,** | : | Chapter 15 |
| | | : | |
| | **Debtor in a Foreign Proceeding** | : | Bky. No.  21-10936 ELF |

# O R D E R

AND NOW, upon consideration of the **Motion for Provision Injunctive Relief Pursuant to 11 U.S.C. §1519** ("the Motion") (Doc # 16), filed by Dr. Michael Jaffe, Insolvency Administrator and Foreign Representative ("the Movant"),  and the Application for an Expedited hearing thereon ("the Application") (Doc # 17), and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. **An expedited hearing** to consider the Motion is **SCHEDULED on April 13, 2021, at 3:00 p.m.  The hearing will be conducted by video conference**.  The access link to the video conference may be obtained by contacting the Courtroom Deputy.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. Any party wishing to use or offer into evidence during the hearing any documents that have not been previously filed on the court docket shall provide the Courtroom Deputy with an electronic copy of the documents by e-mailing them to her at Pamela_Blalock@paeb.uscourts.gov. **no later than 1:00 p.m. on April 13, 2021**

5. The Movant shall serve the Motion and this Order by **overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on April 9, 2021** on all known U.S. creditors and parties in interest, including counsel for the Securities Plaintiffs (as defined in the Application), and the Office of the United States Trustee.  Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

7. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date: April 8, 2021**

                     **ERIC L. FRANK**
                     **U.S. BANKRUPTCY JUDGE**